UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-14388
Raj P Srivastava )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This matter coming before the Court for a hearing on Debtor's motion to modify the plan,

IT IS HEREBY ORDERED the motion is granted as follows:

1. The Debtor's plan is modified post-confirmation to add language to part 8 of the plan, nonstandard plan provisions, to list in section 8.1 that the claim by the U.S. Department of Housing and Urban Development for the property located at 449 Elder Lane Glenview, IL 60026 was part of a loan modification and the Trustee is to make no payments to such creditor.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 08, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600